CASE No. 02-14-00426-CR

| | | |
|---|---|---|
| CHARLES A. GREEN, Petitioner | § | IN THE COURT OF |
| | § | |
| vs. | § | CRIMINAL APPEALS |
| | § | |
| THE STATE OF TEXAS, Respondent | § | AUSTIN, TEXAS. |

## MOTION FOR EXTENSION OF 60-DAY's TIME
## TO FILE POST DISCRETIONARY REVIEW

To; The Honorable Justices of said Court:

Comes Now, Charles A. Green, petitioner, pro-se, and files his motion requesting for a "60-day" extension of time to file his Post Discretionary Review PDR motion into the Court. He shows the Court the following:

FILED IN
COURT OF CRIMINAL APPEALS

JUN 19 2015

Abel Acosta, Clerk

### ONE
### Texas Rules of Appellate Procedure

**Rule 68.2(c) Extension of Time.**

The Court of Criminal Appeals may extend the time to file a petition for discretionary review if a party files a motion complying with Rule 10.5(b) no later than 15-day's after the last day for filing the petition.

### TWO

**Rule 10.5(b)(1)**

(A) The deadline for filing petition for post discretionary review is July 4, 2015.

(B) The petitioner request for a 60-day's extension to file his post discretionary review petition.

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 18 2015

Abel Acosta, Clerk

(C) The fact's relied on by the petitioner Green for extension of 60-day's to file his PDR is that he is in the process of purchasing his trial record's for around about $500.00.

He knows the rules of appellate procedure that he can not raise no additional ground's, no more then what has been raised on direct appeal. The petitioner Green is not on a fishing trip, but he effectively wants to "direct the Court of Criminal Appeals" there is error on record, and where the error occurred of the Court of Appeals errored on review of his appeal. The petitioner Green is ignorant in the law, but in a "common sense" review of the record, he can direct the Court of Criminal Appeals on record the court of Appeals errored in it's review of the appellant Green's direct appeal.

Therefore, the extension of 60-day's will provide a sufficienttime, and no need for more time for him to prepare his petition for discretionary review.

(D) No other extension of time has been requested, and the petitioner does not anticipate he will make another request.

## PRAYER

The petitioner Charles A. Green prays that the Honorable Court will grant his motion for extended time of 60-day's to file his petition for discretionary review.

June 14, 2015

RESPECTFULLY SUBMITTED

*Charles A. Green*

CHARLES A. GREEN
#1959504 WYNNE UNIT
810 FM 2821
HUNTSVILLE, TEXAS.
77349.

(2)